PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District SOUTHERN/FLORIDA PALM BEACH | 00-2145 |
|---|---|---|
| Name of Movant JESSE JEROME DEAN, JR | Prisoner No. 44060-004 | Case No. 94-0506-CR-DTKH |
| Place of Confinement FEDERAL CORRECTIONAL INSTITUTION, MARIANNA, FLORIDA | | CIV - HURLEY |

UNITED STATES OF AMERICA    V.    JESSE DEAN    MAGISTRATE JUDGE SORRENTINO
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, PALM BEACH

2. Date of judgment of conviction ___FEBRUARY 6, 1997___

3. Length of sentence ___360 MONTHS___

4. Nature of offense involved (all counts) (1) Conspiracy to import cocaine 21 USC §§ 952(a) and 963; (2) Importation of cocaine 21 USC § 952(a) and 18 USC §2; (3) Conspiracy to possess 21 USC §§ 841 (a) 1 and 846; (4) Possession 21 USC §841 (a) 1 and 18 USC § 2; (5) Use of telephone 21 USC §§ 843 (b) and 846.

5. What was your plea?  (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have?  (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☒     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒     No ☐

car./div B. Dade ("2255")
Case # 100cv 3145
Judge DTKH    Mag CHS
Motn Ifp _____ Fee pd $ _____
Receipt # _____

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

(a) Name of court  U.S. COURT OF APPEALS, ELEVENTH CIRCUIT, CASE NO. 97-4834

(b) Result  CONVICTION AFFIRMED; REHEARING DENIED

(c) Date of result  MARCH 3, 1999; APRIL 30, 1999.

10.  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes ☒      No ☐

11.  If your answer to 10 was "yes," give the following information:

(a) (1) Name of court  U.S. COURT OF APPEALS, ELEVENTH CIRCUIT

(2) Nature of proceeding  MOTION TO RECALL THE MANDATE

(3) Grounds raised  ELEVENTH CIRCUIT OPINION WAS SILENT ON ISSUE OF
ENTRAPMENT BY ESTOPPEL

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐      No ☒

(5) Result  DENIED

(6) Date of result  OCTOBER 25, 1999

(b) As to any second petition, application or motion give the same information:

(1) Name of court  UNITED STATES SUPREME COURT

(2) Nature of proceeding  PETITION FOR WRIT OF CERTIORARI CASE NO. 99-6800

(3) Grounds raised  (1) VIOLATION OF FIFTH AMENDMENT TO PROSECUTE DEFENDANT
WHO ACTED ON THE MISREPRESENTATIONS OF A GOVERNMENT OFFICIAL; (2)
TRIAL COURT ERRED IN ALLOWING INFORMALLY-IMMUNIZED 404 (B) EVIDENCE
WITHOUT HOLDING A KASTIGAR HEARING.

(3)

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐        No ☒

(5) Result CERTIORARI DENIED; REHEARING DENIED

(6) Date of result DECEMBER 08, 1999; FEBRUARY 18, 2000.

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.              Yes ☐        No ☐
(2) Second petition, etc.         Yes ☐        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.    Ground one: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL—FOUR INSTANCES.

Supporting FACTS (state *briefly* without citing cases or law) APPELLATE COUNSEL
FAILED TO RAISE THE FOLLOWING ISSUES:
(A) PERJURY BY DEA SPECIAL AGENT DAVID H. SHELTON
(B) PERJURY BY GOVERNMENT WITNESS LUIS MIGUEL PEREZ
(C) BRADY VIOLATION
(D) PROSECUTORIAL MISCONDUCT

B.    Ground two: VIOLATION OF FIFTH AMENDMENT RIGHTS:
(i) SELF-INCRIMINATION        (ii) DUE PROCESS

Supporting FACTS (state *briefly* without citing cases or law) DEAN'S "INFORMALLY IMMUNIZED"
DISCLOSURES WERE USED AGAINST HIM;  DEAN WAS "ENTRAPPED BY ESTOPPEL."

C.    Ground three:

Supporting FACTS (state *briefly* without citing cases or law)

(5)

AO 243 (Rev  2/95)

D.    Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: <u>PERJURY, BRADY VIOLATION AND PROSECUTORIAL</u>

<u>MISCONDUCT CLAIMS NOT PREVIOUSLY RAISED BECAUSE CASE LAW HOLDS THAT</u>

<u>CLAIMS OF INEFFECTIVE ASSISTANCE OF COUNSEL ARE PROPERLY RAISED IN</u>

<u>POST-CONVICTION MOTION PURSUANT TO 28 USC § 2255.</u>

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
   Yes ☐          No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a) At preliminary hearing <u>RODERICK VAREEN, ADDRESS UNKNOWN</u>

   _____

   (b) At arraignment ~~XXXXX~~ <u>DEBRA AND JACOB A. ROSE, THE ROSE LAW FIRM, PA;</u>

   <u>FLAGLER COURT BUILDING, SUITE 305, 215 FIFTH STREET, W.P.B.,FL 33401.</u>

   (c) At trial <u>AS ABOVE</u>

   _____

   (d) At sentencing <u>AS ABOVE</u>

   _____

AO 243 (Rev. 2/95)

(e) On appeal ___JACOB A. ROSE/MARIA MORRISON, THE ROSE LAW FIRM, PA.___

_____

(f) In any post-conviction proceeding _____PRO-SE_____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒          No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐          No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ___N/A___

_____

_____

(b) Give date and length of the above sentence: ___N/A___

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐          No ☐          **N/A**

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_JUNE 09, 2000._
(Date)

_Jesse J. Dean IV._
Signature of Movant
JESSE J. DEAN, JR
PRO-SE
44060-004
CREEK B-227 T
MARIANNA, FL  32447-7007

AO 240 (Rev. 1/84)

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ FLORIDA _____

USA
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

DEAN
Defendant

**CASE NUMBER:** 94-0506-CR-HURLEY

I, _____ JESSE JEROME DEAN, JR. _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:      ☒ Yes      ☐ No      (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____ F.C.I. MARIANNA _____

   Are you employed at the institution? YES      Do you receive any payment from the institution? YES

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      ☒ Yes      ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   $5.25 PER MONTH - F.C.I. MARIANNA (RECREATION P.M.)

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      Yes ☐      No ☐
   b. Rent payments, interest or dividends                Yes ☐      No ☐
   c. Pensions, annuities or life insurance payments      Yes ☐      No ☐
   d. Disability or workers compensation payments         Yes ☐      No ☐
   e. Gifts or inheritances                               Yes ☐      No ☐
   f. Any other sources                                   Yes ☒      No ☐

   If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   FAMILY - APPROXIMATELY $120   PER MONTH

AO 240 (Rev. 1/94)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   DEXTER JEROME DEAN -  SON - NIL

I declare under penalty of perjury that the above information is true and correct.

JUNE 09, 2000.                    *Jesse J. Dean Sr.*
_____              _____
DATE                             SIGNATURE OF APPLICANT

## CERTIFICATE

### (incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _29.27_ on account to his/her credit at (name of institution) _Federal Correction Inst_ . I further certify that the applicant has the following securities to his/her credit: _____
_____ . I further certify that during the past six months the applicant's average balance was $ _____ .

6|6|00                           *Brenda Rains*
_____              _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

```
ENTER INMATE NUMBER   44060004    PIN # 4406  MAIL BOX #

INMATE NAME.........:DEAN, JESSE                    RESTRICTION.:00/00/00
```

```
INMATE UNIT.........:CREEK
SPECIAL SORT CODES..:MALE
INMATE STATUS.......:A
OUTSTANDING CHECKS..:.00
SPECIAL PURPOSE ORD.:.00
ENCUMBRANCE BALANCE.:.00
ACCOUNT BALANCE.....:29.27
VALIDATION CODE.....:09
VALIDATION LIMIT....:25.00
VALIDATION EXPENDED.:.00
AVAILABLE BALANCE...:29.27
PERIOD PURCHASES....:.00
YTD PURCHASES.......:828.70
LAST ACTIVITY DATE..:06/05/00
LAST SALE DATE......:05/24/00
ARRIVAL DATE........:07/09/97
DEPARTURE DATE......:00/00/00
ARRIVE FROM.........:000
TRANSFER TO.........:000
```

```
+-------------------------------+
|Press return => to review      |
|transactions in detail -OR-    |
|Press Home for controlled      |
|item purchases        -OR-     |
|Press Esc for next inquiry.    |
+-------------------------------+
```

```
        LAST 6 MO. DEPOSITS..:641.00
LAST 6 MO. WITHDRAWALS..:386.40
               FRP PLAN....:
               FRP RATE....:00
               FRP AMOUNT..:0
RESTRICTED SPEND LIMIT:25.00
  RESTRICTION EXPENDED:.00
```

```
FCI MARIANNA LIMITED OFFICIAL USE
MARIANNA, FL 32446
```

```
                              ACCOUNT
                              STATEMENT
                              DATE 06/06/00
                              PAGE No.01
```

```
                              Account # 44060004
```

```
        DEAN, JESSE
        CREEK
```

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 29.67 | .00 | .00 | .00 | 29.67 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| T08370 | 11:53 | 01-03-00 | CASH | 30.00 | 59.67 |
| T08528 | 15:29 | 01-03-00 | CASH | 20.00 | 79.67 |
| T08560 | 8:17 | 01-04-00 | CASH | 20.00 | 99.67 |
| 000041 | 11:38 | 01-04-00 | SALE / REGULAR | 28.10- | 71.57 |
| 000160 | 6:26 | 01-07-00 | SALE / REGULAR | 15.00- | 56.57 |
| T08915 | 15:46 | 01-07-00 | CASH | 30.00 | 86.57 |
| 000037 | 12:01 | 01-11-00 | SALE / REGULAR | 28.70- | 57.87 |
| 000224 | 6:56 | 01-14-00 | SALE / REGULAR | 20.00- | 37.87 |
| 000038 | 12:20 | 01-18-00 | SALE / REGULAR | 19.10- | 18.77 |
| T09717 | 12:32 | 01-20-00 | CASH | 20.00 | 38.77 |
| 000277 | 7:03 | 01-21-00 | SALE / REGULAR | 38.00- | .77 |
| T09936 | 14:08 | 01-24-00 | CASH | 30.00 | 30.77 |
| 000032 | 12:14 | 01-25-00 | SALE / REGULAR | 16.10- | 14.67 |
| T10216 | 14:10 | 01-26-00 | CASH | 25.00 | 39.67 |
| T10579 | 8:33 | 02-01-00 | CASH | 5.00 | 44.67 |
| T10580 | 8:34 | 02-01-00 | CASH | 25.00 | 69.67 |

```
3V142                                                         
T10707  15:36  02-01-00  CASH                    25.00     71.92
00F5B4  17:00  02-04-00  DEPOSIT ITS FUNDS       20.00-    51.92
JAN00P   9:21  02-07-00  PERFORMANCE PAY          5.25     57.17
000045  12:34  02-08-00  SALE / REGULAR          15.50-    41.67
T11325  15:33  02-09-00  CASH                    30.00     71.67
T11822  16:00  02-11-00  CASH                     5.00     76.67
020FE8  16:43  02-14-00  DEPOSIT ITS FUNDS       10.00-    66.67
000072  12:33  02-15-00  SALE / REGULAR          21.80-    44.87
028211   6:31  02-19-00  DEPOSIT ITS FUNDS       20.00-    24.87
T12482   9:14  02-22-00  CASH                     5.00     29.87
034955   6:46  02-26-00  DEPOSIT ITS FUNDS       10.00-    19.87
T13449   8:57  03-02-00  CASH                    40.00     59.87
03CBF4  17:09  03-02-00  DEPOSIT ITS FUNDS       25.00-    34.87
041280   6:19  03-05-00  DEPOSIT ITS FUNDS       10.00-    24.87
FEB00P   9:59  03-06-00  PERFORMANCE PAY          5.25     30.12
000038  12:20  03-07-00  SALE / REGULAR          19.55-    10.57
045B25  17:11  03-07-00  DEPOSIT ITS FUNDS       10.00-      .57
T14601   7:46  03-15-00  CASH                    40.00     40.57
05552F  17:10  03-16-00  DEPOSIT ITS FUNDS       15.00-    25.57
059B1C  23:26  03-18-00  DEPOSIT ITS FUNDS        5.00-    20.57
05ACAE  18:25  03-19-00  DEPOSIT ITS FUNDS       20.00-      .57
T15037  16:00  03-20-00  CASH                    25.00     25.57
T15038  16:00  03-20-00  CASH                    25.00     50.57
```

ACCOUNT
STATEMENT

FCI MARIANNA LIMITED OFFICIAL USE
MARIANNA, FL 32446

DATE 06/06/00
PAGE NO. 02

Account # 44060004

DEAN, JESSE
CREEK

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|------------------------|--------|--|
| T15413 | 7:59 | 03-24-00 | CASH | 5.00 | 55.57 |
| 0687BF | 16:38 | 03-28-00 | DEPOSIT ITS FUNDS | 10.00- | 45.57 |
| MAR00P | 10:39 | 04-03-00 | PERFORMANCE PAY | 5.25 | 50.82 |
| 3VC140 | 15:17 | 04-03-00 | COMMISSARY FORM | 5.95- | 44.87 |
| T16245 | 15:44 | 04-03-00 | CASH | 20.00 | 64.87 |
| 000042 | 13:05 | 04-05-00 | SALE / REGULAR | 37.15- | 27.72 |
| 078B71 | 17:01 | 04-06-00 | DEPOSIT ITS FUNDS | 15.00- | 12.72 |
| T16842 | 9:12 | 04-11-00 | CASH | 50.00 | 62.72 |
| 083606 | 16:40 | 04-11-00 | DEPOSIT ITS FUNDS | 10.00- | 52.72 |
| 000051 | 12:32 | 04-12-00 | SALE / REGULAR | 22.40- | 30.32 |
| 000053 | 12:34 | 04-12-00 | SALE / REGULAR | 5.15- | 25.17 |
| 08AFC2 | 7:07 | 04-15-00 | DEPOSIT ITS FUNDS | 15.00- | 10.17 |
| T17490 | 8:32 | 04-19-00 | CASH | 30.00 | 40.17 |
| 000041 | 12:31 | 04-19-00 | SALE / REGULAR | 15.00- | 25.17 |
| T17693 | 9:06 | 04-21-00 | MONEY ORDER | 220.00 | 245.17 |
| 097B8A | 6:36 | 04-22-00 | DEPOSIT ITS FUNDS | 20.00- | 225.17 |
| 000117 | 17:36 | 04-26-00 | SALE / REGULAR | 14.15- | 211.02 |
| 0A5AAC | 7:03 | 04-30-00 | DEPOSIT ITS FUNDS | 10.00- | 201.02 |
| 0A74DC | 23:20 | 04-30-00 | DEPOSIT ITS FUNDS | 10.00- | 191.02 |
| APR00P | 11:21 | 05-01-00 | PERFORMANCE PAY | 5.25 | 196.27 |
| T18852 | 8:16 | 05-03-00 | CASH | 35.00 | 231.27 |
| 000031 | 12:04 | 05-03-00 | SALE / REGULAR | 34.25- | 197.02 |
| 0B470C | 6:55 | 05-07-00 | DEPOSIT ITS FUNDS | 20.00- | 177.02 |
| T19181 | 8:53 | 05-09-00 | CASH | 5.00 | 182.02 |
| 000034 | 12:00 | 05-10-00 | SALE / REGULAR | 15.95- | 166.07 |
| 0C1D93 | 7:01 | 05-14-00 | DEPOSIT ITS FUNDS | 20.00- | 146.07 |
| 000026 | 12:03 | 05-17-00 | SALE / REGULAR | 18.30- | 127.77 |
| T20540 | 15:42 | 05-22-00 | CASH | 25.00 | 152.77 |
| T20597 | 15:21 | 05-23-00 | CASH | 30.00 | 182.77 |
| 000037 | 11:58 | 05-24-00 | SALE / REGULAR | 34.60- | 148.17 |
| 000038 | 12:00 | 05-24-00 | SALE / REGULAR | 3.90- | 144.27 |
| 0DBACF | 6:59 | 05-28-00 | DEPOSIT ITS FUNDS | 10.00- | 134.27 |
| T21131 | 15:42 | 05-31-00 | CASH | 5.00 | 139.27 |
| 0E5ED6 | 17:14 | 06-03-00 | DEPOSIT ITS FUNDS | 10.00- | 129.27 |
| 062000 | 9:53 | 06-05-00 | FIN. RESP. ACT | 100.00- | 29.27 |

**** TRANSACTION TOTAL ****          .40-

| -----ENDING----- | AVAILABLE | ENCUMBRANCE | OUTSTANDING | SPECIAL | ACCOUNT |
|------------------|-----------|-------------|-------------|---------|---------|
| | BALANCE | BALANCE | BALANCE | BALANCE | BALANCE |

AO 240A (1/94)

# United States District Court

SOUTHERN _____ **DISTRICT OF** _____ FLORIDA

|  |  |
|---|---|
| USA <br> Plaintiff | **ORDER ON APPLICATION <br> TO PROCEED WITHOUT <br> PREPAYMENT OF FEES** |
| V. <br> DEAN <br> Defendant | **CASE NUMBER:** 94-0506-CR-HURLEY |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☐ GRANTED.

    ☐ The clerk is directed to file the complaint.

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this _____ day of _____ , 19 _____ .

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer