**April 15, 2019**

```
FILED BY _____ D.C.
   APR 23 2019
 ANGELA E. NOBLE
 CLERK U.S. DIST. CT.
 S. D. OF FLA. - MIAMI
```

**United States District Court**
**Office of the Clerk**
**Miami, FL 33128-7716**

# RE: DEAN VS. USA, CASE NO.: 00-2145-CIV-KMM

**Dear Sir/Madam,**

I am the Movant in the above-styled case. I would like a copy of my Motion for Relief From Judgment Pursuant to FRCP 60(b)(3) due to Fraud Upon the Court, <u>document #91</u>, which was filed on July 1, 2004, please.

Many thanks for your kind attention.

Sincerely,

*Jesse J. Dean Jr.*

Jesse Jerome Dean, Jr.,
44060-004   H03-307L
McRae Correctional Facility
P. O. Drawer 55030
McRae Helena, GA 31055



JESSE DEAN
44060-004  H03-307L
MCRAE CORRECTIONAL FACILITY
P.O. DRAWER 55030
MCRAE HELENA, GA
31055

This correspondence originated from McRae Correctional Facility. Said facility is not responsible for the substance or contents

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FL
33128-7716

McRAE CORRECTIONAL FACILITY
Mcrae, Georgia 31055

The enclosed letter was processed through mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return this enclosure to the above adress.

Date 4-16-19   Staff DS

CONFIDENTIAL

USMS INSPECTED RECEIVED
APR 23 2019
2:01 PM